IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JUL 16 PM 4:11
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:18CR432 |
| Plaintiff, ) | |
| v. ) | **ORDER FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE** |
| ROBERT S. GOLDMAN, ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Oral Motion for Transportation. Defendant is indigent and is in need of round-trip noncustodial transportation and subsistence from Palm Desert, CA, to Omaha, Nebraska, for his Initial Appearance scheduled for 8-13-___, 2018, at 11:15 a.m; and the Court finds said motion should be granted.

ACCORDINGLY, IT IS ORDERED:

1. That Defendant's motion is granted; and

2. That the U.S. Marshals shall provide round-trip noncustodial transportation and subsistence to Omaha, Nebraska for Defendant.

DATED this 16th day of July, 2018.

BY THE COURT:

*Susan M. Bazis*
HONORABLE Susan M. Bazis
United States Magistrate Judge